IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>    Petitioner,<br><br>v.<br><br>MANATT, PHELPS & PHILLIPS, LLP,<br>    Respondent. | Case No. 21-mc-466 |

## FTC'S NOTICE OF MOTION TO COMPEL MANATT, PHELPS & PHILLIPS LLP TO COMPLY WITH JUDICIAL SUBPOENA

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, declaration, and exhibits submitted herewith, Petitioner Federal Trade Commission ("FTC") will move this Court at the Courthouse, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an order compelling Respondent Manatt, Phelps & Phillips, LLP ("Manatt") to produce documents in response to the FTC's Rule 45 document subpoena, served on Manatt on March 24, 2021

Dated:  June 3, 2021

Respectfully submitted,

*/s/ Sana Chaudhry*

Sana Chaudhry, New York Bar # 5284807
(202) 326-2679; schaudhry@ftc.gov
Sarah Waldrop (*pro hac vice* motion pending)
(202) 326-3444; swaldrop@ftc.gov
Christopher Erickson (*pro hac vice* motion pending)
(202) 326-3671; cerickson@ftc.gov
Federal Trade Commission
600 Pennsylvania Ave. NW, CC 9528
Washington, DC 20580
Facsimile: (202) 326-3197
Attorneys for Plaintiff, Federal Trade Commission

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2021, I filed the foregoing document and all related documents by ECF.  I also caused to these filings to be served via email on Manatt, Phelps & Phillips LLP ("Manatt") by emailing them to Ronald Blum and Rebecca Kimmel, counsel for Manatt, at RBlum@manatt.com and RKimmel@manatt.com.  Manatt consented to service by email on June 2, 2021.

Further, I have sent copies of these papers via electronic mail to the parties in the underlying litigation.

/s/ Sana Chaudhry<br>Sana Chaudhry