UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
FEDERAL TRADE COMMISSION,
                              Petitioner,

               -against-

MANATT, PHELPS & PHILLIPS, LLP,
                              Respondent.
------------------------------------------------------------X

21 Misc. 466 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Petitioner Federal Trade Commission filed a motion to compel Respondent Manatt, Phelps & Phillips LLP to comply with a judicial subpoena and a supporting memorandum of law (the "Motion"). Dkt. Nos. 1 and 2. It is hereby

**ORDERED** that, by **June 21, 2021**, Respondent shall file any opposition, not to exceed fifteen (15) pages. It is further

**ORDERED** that, by **June 9, 2021**, Petitioner shall serve copies of the Motion and this Order on Respondent and file proof of service.

Dated: June 7, 2021
       New York, New York

                                                           LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE