# manatt

**Rebecca Kimmel**
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 704-1977
RKimmel@manatt.com

June 21, 2021

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      **Re:** *Federal Trade Commission v. Manatt, Phelps & Phillips, LLP*, **21 Misc. 466 (LGS)**

Dear Judge Schofield,

    We represent Manatt, Phelps & Phillips, LLP ("Manatt"), *pro se*, in the above action. We write to request oral argument in connection with the Federal Trade Commission's motion to compel, and to provide information pursuant to Rule III.B.6 of Your Honor's Individual Rules and Procedures for Civil Cases.

    I graduated from law school in May 2018 and I will argue Manatt's opposition to the motion should the Court grant oral argument.

                                                    Respectfully submitted,

                                                    /s/ Rebecca Kimmel

                                                    Rebecca Kimmel

cc: All Counsel of Record (by email)

Manatt, Phelps & Phillips, LLP   7 Times Square, New York, New York  10036   Tel: 212.790.4500  Fax: 212.790.4545

Albany | Boston | Chicago | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.