```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
FEDERAL TRADE COMMISSION,                                     :
                                     Petitioner,              :      21 Misc. 466 (LGS)
                                                              :
                   -against-                                  :      ORDER
                                                              :
MANATT, PHELPS & PHILLIPS, LLP,                               :
                                     Respondent.              :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, oral argument on Petitioner's motion to compel is scheduled for August 26, 2021, at 10:40 a.m. Dkt. No. 14. It is hereby

**ORDERED** that, oral argument is **ADJOURNED to August 26, 2021, at 11:30 a.m.** Oral argument will take place telephonically and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: August 23, 2021
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**