UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                  :

FEDERAL TRADE COMMISSION,          :

                   Petitioner,    :

                                  :            21 Misc. 466 (LGS)

-against-                     :

                                  :              ORDER

MANATT, PHELPS & PHILLIPS, LLP,  :

                    Respondent.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on August 26, 2021, to discuss Petitioner's motion to compel.  It is hereby

ORDERED that, by **September 9, 2021**, Respondent shall produce all responsive documents of two document custodians, Linda Goldstein and Holly Melton.  The production shall take place on a rolling basis.  It is further

ORDERED that, by **September 2, 2021**, Respondent shall produce the seven documents identified in the parties' joint letter (Dkt. No. 20), unless BakerHostetler LLP or Boies Schiller Flexner LLP provide a written basis for the assertion of the attorney-client or other privilege, which Respondent shall file on ECF.  Respondent shall email to the Court for in-camera review any of the seven documents claimed to be privileged at

Schofield_NYSDChambers@nysd.uscourts.gov.

Dated: August 26, 2021
       New York, New York

                                        LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE